# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-115 |
| VERSUS | SECTION "R" |
| DAWN C. FORET (SUMMONS) | VIOLATION: 18:641 |

## NOTICE OF INITIAL APPEARANCE AND ARRAIGNMENT

Take Notice that this criminal case has been set for INITIAL APPEARANCE AND ARRAIGNMENT on JULY 6, 2016, at 2:00 p.m., before CRIMINAL DUTY MAGISTRATE SALLY SHUSHAN, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: June 24, 2016 | WILLIAM W. BLEVINS, CLERK |
| TO:<br>DAWN C. FORET<br>Houma, Louisiana 70360-3216 | by:   **Jay Susslin**<br>        **Case Manager** |
| | AUSA EDWARD RIVERA<br>New Orleans, LA 70130<br>Email: Edward.j.rivera@usdoj.gov |
| **COUNSEL FOR DEFENDANT**<br>RODNEY BAUM<br>1055 Laurel St,<br>Baton Rouge, LA 70802 | U.S. Marshal<br><br>U.S. Probation Officer<br><br>U.S. Pretrial Services<br><br>**JUDGE VANCE**<br><br>**MAGISTRATE**<br><br>FOREIGN LANGUAGE INTERPRETER: |